UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,

    v.

D. BRIGHT,

    Defendant.
                            /

No. C 11-6313 YGR (PR)

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**

    This is a federal civil rights action. Plaintiff's motion to file an amended complaint (Docket No. 7) is GRANTED. Accordingly, the complaint is DISMISSED with leave to amend. Plaintiff shall file an amended complaint within 30 days from the date this order is filed. The first amended complaint must include the caption and civil case number used in this order (11-6313 YGR (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his first amended complaint *all* the claims he wishes to present and *all* of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Plaintiff may *not* incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this order will result in dismissal of this action

1  without further notice to plaintiff.

2  It is plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court
3  informed of any change of address by filing a separate paper with the clerk headed "Notice
4  of Change of Address." He must comply with the Court's orders in a timely fashion or ask
5  for an extension of time to do so. Failure to comply may result in the dismissal of this action
6  pursuant to Federal Rule of Civil Procedure 41(b).

7  The Clerk shall terminate Docket No. 7.

8  **IT IS SO ORDERED**.

9  DATED: October 23, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**