UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,

v.

D. BRIGHT,

    Defendant.

Case No.  11-6313 WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to file an amended complaint. Accordingly, the action is DISMISSED without prejudice for failure to comply with the Court's order, and under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any motion to reopen must contain an amended complaint.  The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:**  July 3, 2013

WILLIAM H. ORRICK
United States District Judge