UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

         Plaintiff,

    v.

D. BRIGHT,

         Defendant.

Case No.  11-cv-06313-WHO (PR)

**ORDER REOPENING ACTION**

This federal civil rights action was dismissed because plaintiff Malik Jones failed to file an amended complaint by the deadline.  Jones has since filed an amended complaint, and a motion for reconsideration (Docket No. 21), which the Court construes as a motion to reopen the action.  So construed, it is GRANTED.  The action is REOPENED, and the Clerk is directed to amend the docket accordingly.  The judgment (Docket No. 20) and the order of dismissal (Docket No. 19) are VACATED.  The Court will review the claims raised in the amended complaint in a separate order.  The Clerk shall terminate Docket No. 21.

**IT IS SO ORDERED.**

**Dated:** March 3, 2014

_____
WILLIAM H. ORRICK
United States District Judge