UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,

    v.

D. TYLER,

    Defendant.

Case No. 11-cv-06313-WHO (PR)

**ORDER EXTENDING TIME**

Defendant's motion to extend time to file a dispositive motion, or notice regarding such motion, (Docket No. 26), is GRANTED. The motion or notice shall be filed on or before April 20, 2015.

The Clerk shall terminate Docket No. 26. The Clerk shall also terminate D. Bright as a defendant in this action because the claims against him were dismissed in the Order of Service (Docket No. 23).

**IT IS SO ORDERED.**

**Dated:** March 9, 2015

WILLIAM H. ORRICK
United States District Judge